IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **Kim Pickrell, et al. v. Collin County, Texas, et al.**

2. Civil action number: **3:22-cv-02425-D**

3. Nature of the suit: **employment discrimination**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **February 28, 2023**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services          ☐ Settled, in part, as a result of ADR

   **X** Settled as a result of ADR*          ☐ Parties were unable to reach a settlement.

7. What was your TOTAL fee: **$8,850.00**

8. Duration of ADR: **ten (10) hours**  (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Hon. Jeff Kaplan (Ret.)
    8401 North Central Expressway Suite 610
    Dallas, Texas 75225
    Phone: (214) 744-5267


*/s/ Jeff Kaplan*                                                                March 9, 2023
Signature

* The parties have reached an agreement in principle and are working with the mediator to finalize the settlement. A supplemental ADR summary will be filed by on or before March 31, 2023.

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Jeffrey B. Simon
Charles E. Soechting, Jr.
JoDee Neil
Simon Greenstone Panatier, P.C.
1201 Elm Street, Suite 3400
Dallas, Texas 75270
Phone: (214) 276-7680
Counsel for Plaintiffs

Charles J. Crawford
Abernathy Roeder Boyd & Hullett, P.C.
1700 Redbud Boulevard, Suite 300
McKinney, Texas 75069
Phone: (214) 544-4000
Counsel for Collin County Defendants

Jennifer Parker Ainsworth
Wilson, Robertson & Cornelius, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Phone: (903) 509-5000
Counsel for Defendant Greg Willis

R. Rogge Dunn
Rogge Dunn Group
500 North Akard Street, Suite 1900
Dallas, Texas 75201
Phone: (214) 888-5000
Counsel for Defendant Greg Willis

Robert S. Davis
Flowers Davis, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
Phone: (903) 534-8063
Counsel for Defendant Bill Wirskye

Kim Pickrell, with Plaintiffs
Fallon LaFleur, with Plaintiffs
Vykim Le, with Plaintiffs
Keith Henslee, with Plaintiffs
Jane Doe 1, with Plaintiffs
Jane Doe 2, with Plaintiffs

Chris Hill, with Defendants
Bill Bilyeu, with Defendants
Duncan Webb, with Defendants
Jessica Affeld, with Defendants
Greg Willis, with Defendants
Bill Wirskye, with Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March 2023, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Texas.

*/s/ Judy Stephenson*
Case Manager