IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KIM PICKRELL, KEITH HENSLEE, FALLON LAFLEUR, VYKIM LE, JANE DOE 1 and JANE DOE 2, <br><br> Plaintiffs, <br><br> v. <br><br> COLLIN COUNTY, TEXAS <br><br> Defendant | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:22-cv-02425-D <br><br> JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Kim Pickrell, Keith Henslee, Fallon LaFleur, Vykim Le, Jane Doe 1, and Jane Doe 2 (collectively "Plaintiffs") and Defendant Collin County, Texas, ("Defendant"), by and through their undersigned counsel, that all claims which were asserted, or which could have been asserted, in the above-captioned action including in the Plaintiffs' Original Complaint and Amended Complaint against Defendant and against prior individual defendants Darrell Hale, Susan Fletcher, Chris Hill, Cheryl Williams, Duncan Webb, Greg Willis, and Bill Wirskye (the "prior Individual Defendants") are hereby all DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees and expenses.

Dated:  April 25, 2023

Respectfully submitted,

SIMON GREENSTONE PANATIER, P.C.

*/s/ Jeffrey B. Simon*
JEFFREY B. SIMON
State Bar No. 00788420
jsimon@sgptrial.com
CHARLES E. SOECHTING, JR.
State Bar No. 24044333
csoechting@sgptrial.com
JODEE L. NEIL
State Bar No. 24039848
jneil@sgptrial.com
1201 Elm Street, Suite 3400
Dallas, Texas 75270
Telephone: (214) 276-7680
Facsimile: (214) 276-7699

and

*/s/ Susan E. Hutchison*
Susan E. Hutchison
State Bar No. 10354100
sehservice@FightsforRight.com

S. Rafe Foreman
State Bar No. 07255200
srfservice@FightsforRight.com

HUTCHISON & FOREMAN, PLLC
500 East 4th St., Ste. 100
Fort Worth, Texas 76102
(817) 336-5533
(817) 887.5471

ATTORNEYS FOR PLAINTIFFS

2

/s/ Jennifer Parker Ainsworth
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

R. Rogge Dunn
Texas State Bar No. 06249500
dunn@trialtested.com
ROGGE DUNN GROUP PC
500 N. Akard St., Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile:  (214) 220-3833

ATTORNEYS FOR DEFENDANT
GREG WILLIS


/s/ Robert S. Davis
Robert S. Davis
State Bar No. 05544200
rsd@flowersdavis.com
FLOWERS DAVIS, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile

ATTORNEY FOR DEFENDANT BILL WIRSKYE

3

/s/ *Charles J. Crawford*
Charles J. Crawford
State Bar No. 05018900
ccrawford@abernathy-law.com
Richard M. Abernathy
State Bar No. 0809500
rabernathy@abernathy-law.com
Lucas C. Henry
State Bar No. 24101901
lhenry@abernathy-law.com
Marianna M. McGowan
State Bar No. 24002574
mmcgowan@abernathy-law.com
ABERNATHY, ROEDER, BOYD & HULLETT, P.C.
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Facsimile: (214) 544-4040

ATTORNEYS FOR DEFENDANTS COLLIN COUNTY, TEXAS, JUDGE CHRIS HILL AND COMMISSIONERS DARRELL HALE, SUSAN FLETCHER, CHERYL WILLIAMS AND DUNCAN WEBB

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel have conferred concerning this Joint Stipulation and this Joint Stipulation sets out the Parties' positions.

*/s/ Susan E. Hutchison*
Susan E. Hutchison

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on April 25, 2023. As such, this document was served on all counsel of record who are deemed to have consented to electronic service.

*/s/Susan E. Hutchison*
Susan E. Hutchison